IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
KALISPELL DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AUSTIN ZUGG,<br><br>Defendant. | 6:23-po-5092-KLD<br><br>6:23-po-5093-KLD<br><br>**VIOLATIONS:** FBJF00AL, FBJF00AN, FBJF00AM, FBJF00AQ, FBJF00AP, FBJF00AS, FBJF00AR<br><br>**Location Code: M5**<br><br>**ORDER** |
|---|---|

Based upon the unopposed motion of the United States and for good cause appearing,

IT IS HEREBY ORDERED that the defendant shall pay:

- a reduced fine of **$150.00**, and the mandatory processing fee and special assessment of **$40.00** on Violation Number FBJF00AL, damaging any natural feature or other property of the United States;

- to pay a reduced fine of **$150.00**, and the mandatory processing fee and special assessment of **$40.00** on Violation Number FBJF00AQ, failing to

dispose of all garbage;

for a total due of **$380**.

Mr. Zugg shall make payment(s) of $10 per month to the following address:

Central Violations Bureau
P.O. Box 780549
San Antonio, TX 78278

The check(s) should be made out to the U.S. Courts - CVB. Defendant may also pay online at www.cvb.uscourts.gov.

IT IS FURTHER ORDERED that Violation Nos. FBJF00AN, possession of drug paraphernalia, FBJF00AM, operating a motor vehicle off a designated route, FBJF00AP, driving while suspended, FBJF00AS, possession of open container in vehicle, and FBJF00AR, operating a motor vehicle with no insurance are **DISMISSED**.

DATED this __7th__ day of May, 2024.

_____
Kathleen L. DeSoto
United States Magistrate Judge